IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50553
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIX IBARRA-VILLALVA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-98-CR-1382-ALL-DB
--------------------

December 14, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Felix
Ibarra-Villalva (Ibarra) has moved for leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967). Ibarra has received a copy of counsel's motion and
brief, and has filed a response. Our independent review of the
brief, the record, and Ibarra's response discloses no
nonfrivolous issue. Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.